IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TREVON DEJAH BROWN,**

    **Plaintiff,**

v.                                                            Case No. 3:24-cv-572-AW-ZCB

**SERGEANT PUGH, et al.,**

    **Defendants.**

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Trevon Brown, a pro se prisoner, sued eight defendants. Each was a prison official or medical staff member working at a prison. Brown sued each defendant in both his individual and official capacities. The operative complaint is the Second Amended. ECF No. 15.

Pending now is the magistrate judge's report and recommendation, which concludes the court should (a) dismiss Brown's Eighth Amendment claim against Nurse Grey, (b) dismiss Brown's conspiracy claim against Dr. Rodriguez, and (c) dismiss all claims for damages against the prison officials. ECF No. 16. Brown has filed no objections.

Having carefully considered the matter, I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it into this order. Brown's Eighth Amendment claim against Nurse Grey is dismissed for failure to state a claim. Brown's conspiracy claim against Dr. Rodriguez is also dismissed for failure to state

1

a claim. All claims against Defendants Carrier, Pugh, Greene, Johnson, Young, and Jones in their official capacities are dismissed based on Eleventh Amendment immunity.

The magistrate judge will conduct further appropriate proceedings.

SO ORDERED on August 4, 2025.

                                                    s/ *Allen Winsor*
                                                    Chief United States District Judge