IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TREVON DEJAH BROWN,**

    **Plaintiff,**

v.                                                                            Case No. 3:24-cv-572-AW-ZCB

**SERGEANT PUGH, et al.,**

    **Defendants.**

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

Trevon Brown, a pro se prisoner, sued eight individuals who worked at a prison. The operative complaint is the Second Amended. ECF No. 15. The court earlier adopt the magistrate judge's report and recommendation and dismissed several claims. ECF No. 19. As to the remaining claims, the magistrate judge recommends dismissal without prejudice based on Brown's failure to comply with a court order. ECF No. 20. Brown has not filed any objection.

Brown more recently filed a motion for appointed counsel. He has no constitutional or statutory right to counsel in this circumstance. And he has not shown that appointed counsel is necessary or appropriate. As a matter of discretion, I deny the motion for appointed counsel (ECF No. 21).

I now adopt the report and recommendation and incorporate it into this order. The remaining claims will be dismissed based on Brown's failure to comply with a court order. The magistrate judge warned Brown of this consequence. ECF No. 18.

1

The clerk will enter a judgment that says, "Plaintiff's Eighth Amendment claim against Nurse Grey is dismissed on the merits for failure to state a claim. Plaintiff's conspiracy claim against Dr. Rodriguez is also dismissed on the merits for failure to state a claim. All claims against Defendants Carrier, Pugh, Greene, Johnson, Young, and Jones in their official capacities are dismissed based on Eleventh Amendment immunity. All remaining claims are dismissed without prejudice based on Plaintiff's failure to comply with a court order."

The clerk will then close the file.

SO ORDERED on October 6, 2025.

> s/ *Allen Winsor*
> Chief United States District Judge